# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JUSTIN RAY SPARLIN

(Name and Address of Defendant)

KC **FILED** 2/15/08
FEB 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE VALDEZ

**CRIMINAL COMPLAINT**

CASE NUMBER:

**08CR 0137**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __2/7/2008__ in __LaSalle__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of predatory criminal sexual assault of a child

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
Official Title

facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**R. BRIAN WENTZ**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

February 15, 2008                              at    Chicago, Illinois
Date                                                  City and State

MARIA VALDEZ   United States Magistrate Judge
Name & Title of Judicial Officer                     Signature of Judicial Officer

**STATE OF ILLINOIS** )
) ss
**COUNTY OF COOK** )

## A F F I D A V I T

I, R. BRIAN WENTZ, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over four years. I am currently assigned to the FBI's South Resident Agency in Orland Park, Illinois, where I investigate violent crimes. I am familiar with fugitive investigations. The information contained in this affidavit was furnished by Detectives Kyle Booras and David Gualandri of the Ottawa, Illinois, Police Department (OPD), unless otherwise indicated.

2. On February 7, 2008, a twelve-year old girl was sexually assaulted in her home. The victim's mother identified the girl's father, JUSTIN RAY SPARLIN, as the perpetrator. She indicated that he was on a two week leave from the military at the time, and he was due to report back to Ft. Hood, Texas, on February 11, 2008. When the sexual assault was discovered on the morning of February 7, 2008, SPARLIN fled the family home. It was discovered he later withdrew at least $13,000 in cash from several

1

bank accounts.

3. On February 7, 2008, the Circuit Court of LaSalle County, Illinois, issued a warrant for the arrest of SPARLIN after he was charged with one count of predatory criminal sexual assault of a child, a felony. A copy of the arrest warrant is attached to this affidavit.

4. On February 10, 2008, SPARLIN contacted the victim via Yahoo internet messaging using a pseudonym, and revealed that it was actually him communicating with the victim. In that contact, SPARLIN admitted he knew the police were after him, and that he left a Chicago hotel just in time before the Chicago Police Department SWAT team came looking for him. SPARLIN also stated that he shut off his cell phone "cause the cops were pinging it trying to find me." SPARLIN had also made comments to his family during the recent home visit that he did not like the military and planned on going AWOL (absent without leave) and leave the country.

5. OPD contacted Ft. Hood, Texas, and learned that SPARLIN did not report back as scheduled on February 11, 2008.

6. Investigation conducted by the OPD and the Department of Homeland Security revealed SPARLIN possesses a passport, and a search of passport records revealed that on February 8, 2008, he traveled to Rome, Italy, via Frankfort, Germany.

7. Based upon the information contained in this affidavit, I believe JUSTIN RAY SPARLIN fled the State of Illinois

to avoid prosecution for predatory criminal sexual assault of a child.

       8. The LaSalle County State's Attorney's Office will extradite SPARLIN when he is apprehended.

 

_____
R. BRIAN WENTZ
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before
me this 15th day of February 2008

_____
MARIA VALDEZ
United States Magistrate Judge

3

# WARRANT

IN THE CIRCUIT COURT
LASALLE COUNTY, OTTAWA, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, )<br>   Plaintiff, )<br>  Vs. )<br>JUSTIN RAY SPARLIN )<br>   Defendant. ) | 2008-CF-7︎\⎯ |

PEOPLE OF THE STATE OF ILLINOIS, TO ALL PEACE OFFICERS IN THE STATE OF ILLINOIS:

WE COMMAND THAT YOU ARREST JUSTIN RAY SPARLIN, M/W,

(I ▇▇▇▇▇▇▇▇ QUETTE STREET, OTTAWA, ILLINOIS, FOR THE OFFENSE OF PREDATORY CRIMINAL SEXUAL ASSAULT OF A CHILD (CLASS X FELONY), STATED IN A CHARGE NOW PENDING BEFORE THIS COURT AND THAT YOU BRING HIM IMMEDIATELY BEFORE THE UNDERSIGNED JUDGE OR IF THAT JUDGE IS ABSENT OR UNABLE TO ACT, BEFORE THE NEAREST OR MOST ACCESSIBLE COURT IN LASALLE COUNTY OR IF THIS WARRANT IS EXECUTED IN A COUNTY OTHER THAN LASALLE, BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE IN THE COUNTY WHERE THE ARREST IS MADE.

BAIL: 600,000 /10% TO APPLY

ENTER: Feb 7, 2008

_____
JUDGE

FEES            EXECUTED BY:
SERVICE:
MILEAGE:
TOTAL:
                _____
                DEPUTY SHERIFF

                DATE EXECUTED: _____

  X NO GEOGRAPHIC LIMITS
_____ GEOGRAPHIC LIMITS-SURROUNDING COUNTIES ONLY
_____ GEOGRAPHIC LIMITS-STATE OF ILLINOIS ONLY
_____ GEOGRAPHIC LIMITS-AMENDED PER COURT ORDER
_____ OTHER

 

**BRIAN J. TOWNE**
STATE'S ATTORNEY

OFFICE OF THE
**STATE'S ATTORNEY**
LASALLE COUNTY, ILLINOIS

---

LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, SUITE 251
OTTAWA, IL 61350

(815) 434-8340
Fax (815) 434-8357

February 11, 2008

RE: People of the State of Illinois vs. Justin Ray Sparlin
Case NO: 2008-CF-76

To Whom It May Concern:

The above-captioned individual is currently wanted out of LaSalle County on a warrant. In the event this individual is apprehended, we will extradite.

If you have any questions, please contact me at the above number.

Sincerely,

TODD L. MARTIN
CHIEF DEPUTY STATE'S ATTORNEY

TLD:lar
Enc.

CRIMINAL INFORMATION

IN THE CIRCUIT COURT
LASALLE COUNTY, OTTAWA, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,

        Plaintiff,

vs.                       NO. 2008-CF-76

JUSTIN RAY SPARLIN

        Defendant.       COUNT I

BRIAN J. TOWNE, STATE'S ATTORNEY OF LASALLE COUNTY, ON THIS February 7, 2008, ON OATH ALLEGES THAT ON OR ABOUT FEBRUARY 7, 2008, IN LASALLE COUNTY, ILLINOIS, JUSTIN RAY SPARLIN, (DEFENDA___ ___ STREET, OTTAWA, ILLINOIS, 61350, COMMITTED ___ ___ OF PREDATORY CRIMINAL SEXUAL ASSAULT OF A CHILD (CLASS X FELONY

IN THAT THE SAID DEFENDANT, WHO WAS SEVENTEEN YEARS OF AGE OR OLDER, COMMITTED AN ACT OF SEXUAL PENETRATION WITH H.E.S., WHO WAS UNDER THIRTEEN YEARS WHEN THE ACT WAS COMMITTED, IN THAT THE SAID DEFENDANT PLACED HIS PENIS IN THE VAGINA OF H.E.S.,

IN VIOLATION OF SECTION 5/12-14.1(a)(1), CHAPTER 720, ILLINOIS COMPILED STATUTES, MATTHEW J. KIDDER, ASSISTANT STATE'S ATTORNEY, WHO ON OATH AFFIRMS THAT THE ALLEGATIONS SET FORTH HEREIN ARE TRUE.

_____
MATTHEW J. KIDDER
ASSISTANT STATE'S ATTORNEY
SIGNED AND SWORN TO BEFORE ME February 7, 2008.

_____
(X) NOTARY PUBLIC  ( ) CLERK  ( ) JUDGE

"OFFICIAL SEAL"
CAROL McCONVILLE
Notary Public, State of Illinois
My Commission Expires 6/28/08

BRIAN J. TOWNE
STATE'S ATTORNEY
LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, ROOM 251
OTTAWA, IL 61350

BAIL SET AT $_____      _____
                                       JUDGE