```
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS
                EASTERN DIVISION


UNITED STATES OF AMERICA    )
                            )
        VS.                 )   08 CR 137
                            )   Magistrate Judge Valdez (Assigned)
JUSTIN RAY SPARLIN          )   Magistrate Judge Keys (Duty)
_____)
```

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves this Court to dismiss the complaint in the captioned case without prejudice.

On or about February 15, 2008, the Defendant was charged in a criminal complaint with unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073. On or about March 7, 2008, the Defendant was arrested in Germany and extradited to the United States. Because the Defendant has been apprehended, the United States moves this honorable Court to dismiss the complaint without prejudice.

```
                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                    By:       s/Michael F. Pavia
                              MICHAEL F. PAVIA
                              Special Assistant
Date: March 25, 2008          United States Attorney
                              (312) 829-8921
```

CERTIFICATE OF SERVICE

The undersigned Special Assistant United States Attorney hereby certifies that the following document:

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served on March 25, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/Michael F. Pavia
MICHAEL F. PAVIA
Special Assistant United States Attorney
2111 W Roosevelt Rd.
Chicago, Illinois 60608
(312) 829-8921