UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 08 CR 137 |
| | ) | |
| JUSTIN RAY SPARLIN | ) | |
| _____ | ) | |

ORDER DISMISSING CRIMINAL COMPLAINT
WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

_____
ARLANDER KEYS
United States Magistrate Judge

Date:_____