

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 137 | **DATE** | 3/28/2008 |
| **CASE TITLE** | USA vs. Justin Ray Sparlin | | |

**DOCKET ENTRY TEXT**

The Government's Motion to dismiss Complaint Without Prejudice as to Justin Ray Sparlin is granted.

■ [ For further detail see separate order(s).]     Docketing to mail notices.



| | Courtroom Deputy Initials: | AC |
|---|---|---|