

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS.                        )<br>)<br>JUSTIN RAY SPARLIN         )<br>_____)| 08 CR 137 |

### ORDER DISMISSING CRIMINAL COMPLAINT
### WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

_____
ARLANDER KEYS
United States Magistrate Judge

Date: March 28, 2008