AO 442 (REV.3/92) Warrant for Arrest        SAUSA Michael F. Pavia 8290621

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JUSTIN RAY SPARLIN

**MAGISTRATE JUDGE VALDEZ**

**WARRANT FOR ARREST**

CASE NUMBER: 08CR 0137

*FILED APR 11 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____JUSTIN RAY SPARLIN____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  ■ Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him or her with (brief description of offense)

that on or about 2/7/2008, at Ottawa, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division, JUSTIN RAY SPARLIN, Defendant herein, did move and travel in interstate commerce to avoid prosecution for the Illinois felony of predatory criminal sexual assault of a child in violation of Title 18, United States Code, Section 1073

in violation of Title __18__ United States Code, Section(s) __1073__

MARIA VALDEZ
Name of Issuing Officer

*[signature: Maria Valdez]*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 15, 2008  Chicago, Illinois
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-15-2008 | Complaint Dismissed by court order | |
| DATE OF ARREST 3-28-2008 | | |

DOB 8/7/79